**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>William A. Randolph, Inc., an Illinois corporation<br>v.<br>D & BR Building Systems, Inc., a Texas corporation | Case Number:<br>FILED: APRIL 21, 2008<br>08CV2257    JH<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William A. Randolph, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Marc S. Porter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marc S. Porter | |
| FIRM<br>Figliulo & Silverman, P.C. | |
| STREET ADDRESS<br>10 South LaSalle Street, Suite 3600 | |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125509 | TELEPHONE NUMBER<br>312.251.4600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐