IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| William A. Randolph, Inc., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | |
| D & BR Building Systems, Inc., a Texas corporation, | ) ) ) | |
| Defendants. | ) ) | |

**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, Plaintiff William A. Randolph, Inc., states as follows:

William A. Randolph, Inc., has no publicly held affiliates.

Dated: April 22, 2008

        Respectfully submitted,

        **WILLIAM A. RANDOLPH, INC.**, an Illinois corporation


        By:_____/s/ Marc. S. Porter_____
               One of Its Attorneys

Marc S. Porter
Jeff D. Harris
Michael T. Graham
Figliulo & Silverman, P.C.
10 S. LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600