# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: | 08CV2257 |
|---|---|---|

William A. Randolph, Inc. an Illinois corporation          Plaintiff,

vs.

D & BR Building Systems, Inc., a Texas corporation          Defendant.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**D & BR Building Systems, Inc.**

| |
|---|
| NAME (Type or print) |
| MARK D. MANETTI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/MARK D. MANETTI |
| FIRM |
| Manetti & Griffith, Ltd. |
| STREET ADDRESS |
| 2311 West 22nd Street, Suite 217 |
| CITY/STATE/ZIP |
| Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1748459 | 630/573-5300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐