## IN THE UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| William A. Randolph, Inc., an Illinois corporation           Plaintiff, | ) ) ) | |
| vs. | ) ) | Case Number: 08CV2257 |
| D & BR Building Systems, Inc., a Texas corporation            Defendant. | ) ) ) ) | Judge Gottschall |

### MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, D & BR Building Systems, Inc., a Texas corporation, by and through its attorney, moves this Court to enter an Order granting D & BR Building Systems, Inc. (D&BR) an extension of time, up to and including July 21, 2008, in which to respond to Plaintiff's Complaint. In support of this Motion, D&BR states as follows:

1. Defendant, a Texas corporation, was served with Summons and Complaint on June 4, 2008; its answer to the Complaint is due June 24, 2008;

2. On June 13, 2008, Defendant retained Illinois counsel.

3. Counsel for Defendant is leaving the state on a previously scheduled vacation on June 19, 2008, and will not return to the office until July 1, 2008.

4. Defendant needs additional time to conduct an appropriate Fed. R. Civ. P. Rule 11 investigation of the factual and legal bases of the allegations in Plaintiff's Complaint in order to prepare a proper response thereto and to participate in a Fed. R. Civ. P. Rule 26(f) conference of the parties prior to a hearing on status.

5. This Motion is not made for the purpose of delay, and Plaintiff will not be prejudiced by the short extension requested.

WHEREFORE, D & BR Building Systems, Inc. prays that this Honorable Court enter an Order granting it an extension, up to and including July 21, 2008, within which to file a response.

Dated: June 19, 2008

                              Respectfully submitted,

                              D & BR BUILDING SYSTEMS, INC.

                              By: /S/MARK D. MANETTI

                              Mark D. Manetti ARDC #1748459
                              Gary W. Griffith ARDC #01060082
                              MANETTI & GRIFFITH, LTD.
                              2311 West 22nd Street
                              Suite 217
                              Oak Brook, Illinois 60523
                              (630) 573-5300

## CERTIFICATE OF SERVICE

I, Mark D. Manetti, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on June 19, 2008.

                              /S/ MARK D. MANETTI

                              Mark D. Manetti ARDC #1748459
                              Gary W. Griffith ARDC #01060082
                              MANETTI & GRIFFITH, LTD.
                              2311 West 22nd Street
                              Suite 217
                              Oak Brook, Illinois 60523
                              (630) 573-5300