IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William A. Randolph, Inc. an Illinois corporation ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) Case No. 08-CV-1545 | |
| D & BR Building Systems, Inc., a Texas corporation ) | |
| Defendant ) Honorable Joan B. Gottschall | |
| ) | |

NOTICE OF MOTION

TO: Michael Graham
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on June 26, 2008, at 9:30 a..m., or as soon thereafter as counsel can be heard, counsel for D & BR Building Systems, Inc. shall appear before the Honorable Joan B. Gottschall in courtroom 2325, at the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present: Defendant's Motion for Extension of Time.

/S/ MARK D. MANETTI
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

Certificate Of Service

I, Mark D. Manetti, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on June 19, 2008.

/s/Mark D. Manetti
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

Case 1:08-cv-02257 Document 12 Filed 06/19/2008 Page 2 of 2