# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV2257 |
|---|---|
| William A. Randolph, Inc. an Illinois corporation         Plaintiff, | |
| vs. | |
| D & BR Building Systems, Inc., a Texas corporation         Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**D & BR Building Systems, Inc.**

| |
|---|
| NAME (Type or print) <br> GARY W. GRIFFITH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /S/GARY W. GRIFFITH |
| FIRM <br> Manetti & Griffith, Ltd. |
| STREET ADDRESS <br> 2311 West 22nd Street, Suite 217 |
| CITY/STATE/ZIP <br> Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1060082 | TELEPHONE NUMBER <br> 630/573-5300 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |