## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

William A. Randolph, Inc.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−02257
                                                Honorable Joan B. Gottschall

D & BR Building Systems, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 6/25/2008. MOTION by Defendant D & BR Building Systems, Inc. for extension of time to file answer on or before 7/21/08 [11] is granted. ( Status hearing set for 9/10/2008 at 9:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.