**IN THE UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| William A. Randolph, Inc., <br> an Illinois corporation               Plaintiff, <br><br> vs. <br><br> D & BR Building Systems, Inc., <br> a Texas corporation                           Defendant. | ) <br> ) <br> ) <br> )  Case Number: 08CV2257 <br> ) <br> )  Judge Gottschall <br> ) <br> ) |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, D & BR Building Systems, Inc., a Texas corporation, by and through its attorney, moves this Court to enter an Order granting D & BR Building Systems, Inc. (D&BR) an extension of time, up to and including August 4, 2008, in which to respond to Plaintiff's Complaint. In support of this Motion, D&BR states as follows:

1. On June 25, 2008, this Court extended D&BR's response date to July 21, 2008, to allow D&BR's counsel time to conduct a FRCP11 investigation and to participate in discussions with Plaintiff's counsel before filing an additional response to the Complaint;

2. D&BR and Plaintiff have had several discussions concerning claim and counterclaim issues but more importantly, settlement.  The parties actively negotiating settlement of all claims.

3. The parties recognize that if settlement is accomplished it will require preparation and execution of settlement documents and that it is reasonable to anticipate that a settlement agreement and preparation of the settlement documents can be completed on or before August 4, 2008, or fourteen (14) additional days after the previously date set for D&BR's response.

4. This Motion is not made for the purpose of delay.

5.  On July 17, 2008, Michael Graham, one of the attorneys for Plaintiff agreed on behalf of Plaintiff, that this Motion should be filed and presented to the Court as an agreed motion.

WHEREFORE, D & BR Building Systems, Inc. prays that this Honorable Court enter an Order granting it an extension, up to and including August 4, 2008, within which to file a response or in the alternative for the Parties to spread of record a settlement of all claims.

Dated: July 17, 2008

Respectfully submitted,

D & BR BUILDING SYSTEMS, INC.

By: /S/MARK D. MANETTI

Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street
Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

CERTIFICATE OF SERVICE

I, Mark D. Manetti, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on July 17, 2008.

/S/ MARK D. MANETTI

Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street
Suite 217
Oak Brook, Illinois 60523
(630) 573-5300