IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William A. Randolph, Inc. an Illinois corporation ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CV-1545 |
| ) | |
| D & BR Building Systems, Inc., a Texas corporation ) | Honorable Joan B. Gottschall |
| Defendant ) | |
| ) | |

NOTICE OF MOTION

TO:   Michael Graham
      Marc S. Porter
      Jeff D. Harris
      Figliulo & Silverman, P.C.
      10 South LaSalle Street, Suite 3600
      Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on July 24, 2008, at 9:30 a..m., or as soon thereafter as counsel can be heard, counsel for D & BR Building Systems, Inc. shall appear before the Honorable Joan B. Gottschall in courtroom 2325, at the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present: Defendant's Motion for Extension of Time.

                                             /S/ MARK D. MANETTI
                                             Mark D. Manetti ARDC #1748459
                                             Gary W. Griffith ARDC #01060082
                                             Ronze J. Pavone ARDC #6220413
                                             MANETTI & GRIFFITH, LTD.
                                             2311 West 22nd Street, Suite 217
                                             Oak Brook, Illinois 60523
                                             (630) 573-5300

Certificate Of Service

    I, Mark D. Manetti, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on July 17, 2008.

                                             /S/MARK D. MANETTI
                                             Mark D. Manetti ARDC #1748459
                                             Gary W. Griffith ARDC #01060082
                                             Ronze J. Pavone ARDC #6220413
                                             MANETTI & GRIFFITH, LTD.
                                             2311 West 22nd Street, Suite 217
                                             Oak Brook, Illinois 60523

(630) 573-5300