F:\DOCS\LITIGATN\3626.001 D & BR\MTN TO TRANSFER Rev1.wpd

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| William A. Randolph, Inc., an Illinois corporation Plaintiff, | ) |
| vs. | ) Case Number: 08CV2257 |
| D & BR Building Systems, Inc., a Texas corporation Defendant. | ) Judge Gottschall |

**MOTIONS TO TRANSFER FROM THE NORTHERN DISTRICT OF ILLINOIS**

Defendant, D & BR Building Systems, Inc. (DEFENDANT), in separate Motions, moves this Honorable Court for entry of an Order transferring the above-entitled cause from the United States District Court for the Northern District of Illinois, Eastern Division to either the United States District Court for the Western District of Wisconsin or the United States District Court for the Eastern Division of Texas.

I

DEFENDANT moves for such transfer for the reason that the instant case is not authorized to be commenced in this District under 28 U.S.C. §1391(a) because: jurisdiction over this cause is invoked solely on the grounds of diversity of citizenship; DEFENDANT is not a resident of this District; and a substantial part of the events giving rise to the claim did not occur in this District.

1. This Motion is supported by the Affidavit of DAVID S. RICKETTS president of DEFENDANT, which is attached hereto as Exhibit A.

2. DEFENDANT is a corporation organized under the laws of Texas with its sole corporate office in Edgewood, Texas. Although DEFENDANT has performed work in the State of Illinois, Defendant is not doing business in the State of Illinois. See Exhibit A.

3. As more particularly set forth in the Affidavit of DAVID S. RICKETTS, DEFENDANT does not engage in a systematic and continuous course of business in the State of Illinois.

4. As more particularly set forth in the Affidavit of DAVID S. RICKETTS, a substantial part if not all of the events giving rise to the claim involved in this case occurred in Janesville, Wisconsin, and there are no substantial contacts between the claims pled in the Complaint and the State of Illinois. See Exhibit A.

5. A substantial number of necessary deponents and witnesses are employees or agents of businesses located in Wisconsin; and are identified by PLAINTIFF as having been paid by PLAINTIFF and representing damages claims. See Exhibit A.

6. Accordingly, pursuant to 28 U.S.C. §1391, PLAINTIFF is not authorized to bring this action in the District Court for the Northern District of Illinois, Eastern Division, and this action should therefore be transferred to either the United States District Court for the Western District of Wisconsin or the United States District Court for the Eastern Division of Texas.

7. The District to which transfer is sought, the Western District of Wisconsin is one where the action could properly have been brought.

WHEREFORE, DEFENDANT respectfully requests that this Court enter an Order transferring the place of trial of this cause from the United States District Court for the Northern District of Illinois, Eastern Division, to the Western District of Wisconsin or the Eastern Division of Texas.

II

In the event that this Court determines that venue in this District is not improper, then, pursuant to 28 U.S.C. §1404(a), DEFENDANT moves for an order of transfer to the Western District of Wisconsin for the convenience of the parties and witnesses, and in the interest of justice, based on the following grounds:

1. This Motion is supported by the Affidavit of DAVID S. RICKETTS, president of DEFENDANT, which is attached hereto as Exhibit A.

2. DEFENDANT is a corporation organized and with its principal place of business in Texas and as such, if deemed by the Court to be doing business in Illinois, is subject to and available for service of process in Illinois. Accordingly, both venue and jurisdiction are proper in the District Court for the Northern District of Illinois.

3. As more particularly set forth in the Affidavit of DAVID S. RICKETTS, a substantial part of the events giving rise to the claim involved in this case did not occur in Illinois, and there are no substantial contacts between the claims alleged in the Complaint and the State of Illinois. See Exhibit A.

4. The numerous witnesses required by the DEFENDANT and PLAINTIFF regarding breaches of the contracts and damages, if any, are present in and near the Western District of Wisconsin and not in the Northern District of Illinois, Eastern Division. See Exhibit A.

5. PLAINTIFF will suffer no inconvenience by the transfer of this cause to the Western District of Wisconsin. See Exhibit A.

6. The agreements between DEFENDANT and PLAINTIFF attached as Exhibits B and C to the Complaint (hereinafter "Contracts") were entirely performed in Janesville, Wisconsin. See the Affidavit of DAVID S. RICKETTS attached hereto as Exhibit A. The agreement of PLAINTIFF and owner attached as Exhibit A to the Complaint (hereinafter "Owner Contract") were incorporated into the Contracts and fully performed in Janesville, Wisconsin. It is in the interest of justice that the law of Wisconsin be applied as required to the resolution of the controversy between the parties hereto.

7. There was no substantial contact between DEFENDANT and Illinois. Any contact with the State of Illinois is minuscule, and this claim arises from the conduct of PLAINTIFF and DEFENDANT in Wisconsin, not in Illinois. See Exhibit A.

8. DEFENDANT's burden to conduct discovery and litigation in two districts and the inconvenience to the many witnesses necessary to defend and present DEFENDANT's positions

demonstrate that the interest of justice will best be served by the transfer of this cause from the Northern District of Illinois, Eastern Division, to the Western Division of Wisconsin.

9.  The trial hereof will not be delayed or hindered if this Motion is granted.

WHEREFORE, DEFENDANT requests that this Honorable Court enter an Order transferring the above-entitled cause from the United States District Court for the Northern District of Illinois, Eastern Division, to the United States District Court for the Western Division of Wisconsin.

D & BR BUILDING SYSTEMS, INC.

By:/s/Mark D. Manetti
ARDC #1748459
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street
Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

F:\DOCS\LITIGATN\3626.001 D & BR\Affidavit of DSR Rev2.wpd

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William A. Randolph, Inc., an Illinois corporation, Plaintiff, | ) |
| vs. | ) Case Number: 08CV2257 |
| D & BR Building Systems, Inc., a Texas corporation, Defendant. | ) Judge Gottschall |

State of Texas )
) ss
County of Van Zandt )

AFFIDAVIT IN SUPPORT OF MOTION TO TRANSFER

DAVID S. RICKETTS, being first duly sworn upon oath, deposes and states:

1. I am over 18 years of age;

2. I have not consumed or ingested alcohol or drugs that would affect my ability to recall the facts contained in this Affidavit or affect my judgment;

3. I am the president of D & BR Building Systems, Inc., a Texas corporation, have personal knowledge of the matters hereinafter affirmed, and that they are true, except as to those that are affirmed upon information and belief, which I verily believe to be true.

4. The disputes between PLAINTIFF and DEFENDANT relate solely to the construction of Wal Mart and Sam's Club facilities in Janesville, Wisconsin.

5. All of the events giving rise to the claim occurred in Wisconsin, and there are no substantial contacts between PLAINTIFF's claim contained in the above-identified suit and the State of Illinois.

Exhibit A

6. DEFENDANT does not: have sales persons or offices in the State of Illinois; a website that solicits Illinois business; advertise in Illinois; have Illinois bank accounts; have continuous work in Illinois; and since March 10, 2006, DEFENDANT has had seventy-seven (77) projects (not including the Janesville projects) and only three (3) projects were in Illinois. The three (3) Illinois projects represent 2.75% of DEFENDANT's total sales since March 10, 2006 when DEFENDANT contracted for the Janesville, Wisconsin projects which are the subject of the above identified lawsuit.

7. DEFENDANT was responsible for the supply of labor to unload and erect structural steel (supplied by PLAINTIFF) to the sites. PLAINTIFF was solely responsible for supply of: structural steel to the sites; supply of the concrete work; and supply of all masonry work that would interconnect with the structural steel to be erected at the sites.

8. DEFENDANT is not responsible for the timing of installation and quality of installation of the concrete work nor masonry work at the sites.

9. The PLAINTIFF's concrete and masonry subcontractors failed to: install anchor bolts at the proper locations shown on the contract drawings; install the anchor bolts according to the agreed upon schedule; complete the masonry walls according to the agreed upon schedule; and, cut holes in the masonry as required for steel penetration. The PLAINTIFF's structural steel supplier - subcontractor did not deliver the material to the project as agreed, in a timely manner, to be installed by DEFENDANT.

10. DEFENDANT left the site when it no longer had an ability to erect structural steel due to PLAINTIFF's failure to properly manage its subcontractors and PLAINTIFF's refusal to pay remobilization fees.

11. PLAINTIFF claims for damages relies on the services or materials provided by the following entities:

|  |  |
|---|---|
| Linde Gas | Janesville, Wisconsin |
| Combs & Associates, Inc. | Janesville, Wisconsin |
| Maxim Technologies | Janesville, Wisconsin |
| T & K Helgesen, Inc. | Janesville, Wisconsin |
| CB&K Supply, Inc. | Janesville, Wisconsin |
| Brown Oil Co. Inc. | Janesville, Wisconsin |
| Aerial Work Platforms, Inc. | Waukesha, Wisconsin |

Upon information and belief, each of the listed entities does business in Janesville, Wisconsin. See documentation provided by PLAINTIFF consisting of invoices or reports in support of PLAINTIFF's demand for damages which are attached as Group Exhibit 1. Upon information and belief, there may be additional third parties who will be part of PLAINTIFF's damages claims.

12. Numerous witnesses required by the DEFENDANT for discovery and trial are employees, agents or principals of the businesses identified in the preceding paragraph and upon information and belief, upon information and belief, all of those witnesses are present in the Western District of Wisconsin or geographically closer to the courthouse for United States District Court for the Western District of Wisconsin located in Madison, Wisconsin, than the courthouse for the Northern District of Illinois, Eastern Division, located in Chicago, Illinois. PLAINTIFF's structural steel supplier - subcontractor is not located in the states of Illinois or Wisconsin.

13. DEFENDANT will, of necessity, be forced to depose PLAINTIFF's employees, agents and principals of the concrete and masonry subcontractors as part of DEFENDANT's preparation for presentation of its defense and counter complaint against Plaintiff. On information and belief many, if not all, of the concrete and masonry employees, agents and principals reside in the Western District of Wisconsin.

14. On information and belief, PLAINTIFF will suffer no inconvenience with the transfer of this cause to the Western District of Wisconsin, since it maintained an office in Janesville, Wisconsin, during construction of the Wal Mart and Sam's Club facilities.

15. PLAINTIFF's contract with the owner requires PLAINTIFF to incorporate by reference PLAINTIFF's contract with Wal Mart, Corp. dated November 15, 2005 with its subcontractors (Owner Contract) and litigate solely in Wisconsin or the United States District Court for the Western District of Wisconsin. See, page 33, Article 23.9 of Exhibit A to the Complaint. See also, page 21, Article 20.1 of Owner Contract, attached as Exhibit A to the Complaint.

16. The contracts between PLAINTIFF and DEFENDANT incorporate PLAINTIFF's Owner Contract. See, pages 4 and 5 of , sections 3 and 4 of Exhibit B to the Complaint, and pages 4 and 5 and Sections 3 and 4 of Exhibit C to the Complaint.

17. The contract between PLAINTIFF and DEFENDANT does not have an agreement on venue, but the Owner Contract does have an agreement on venue. See, page 33, Article 23.9 of the Owner Contract attached as Exhibit A to the Complaint.

18. DEFENDANT intends to file a counterclaim against PLAINTIFF for PLAINTIFF's refusal to pay DEFENDANT the amounts due it pursuant to the Contracts identified as Exhibits B and C to PLAINTIFF's Complaint.

19. All of PLAINTIFF's breaches of the Contracts occurred in Janesville, Wisconsin.

20. It is in the interest of justice that the law of Wisconsin be applied to the resolution of the controversy between the parties hereto as required by the Owner Contract.

21. There was no substantial contact between DEFENDANT and Illinois with regard to the claims alleged in the Complaint.

22. Any contact with Illinois relating to the claim pled by PLAINTIFF is minuscule, and this claim arises from the conduct of PLAINTIFF and DEFENDANT in Wisconsin, not in Illinois.

23. The additional expense of litigating this case in the Northen District of Illinois, Eastern Division and conducting discovery in the Western Division of Wisconsin will place a heavy financial burden on DEFENDANT.

FURTHER AFFIANT SAYETH NOT.

Date: 7/30/08

David S. Ricketts
President
D & BR Building Systems, Inc.

State of Texas )
) ss
County of Van Zandt )

I, Lee Ann Chavez, a Notary Public in and for said County, in the State aforesaid, do hereby certify that, David S. Ricketts, personally known to me to be the president of D & BR Building Systems, Inc. and the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument in his representative capacity and with full power and authority and as his free and voluntary act, for the uses and purposes therein set forth. Given under my hand and Notarial Seal, this 30 day of July, A.D. 2008.

Notary Public

ARDC #1748459
Mark D. Manetti
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street
Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

JOB 360 CODE ~~5~~ 20

18-019

B/C D+BR

Gas Linde

Cash Sale
Delivery Number:
Delivery date: 07 [illegible] 2006
Initiator:
Deliverer:
Order Number: [illegible]
Order Date: 07/14/2006
Order Taken by: [illegible]
Purchase Order:
Terms of Payment: Customer [illegible]
Ship to Zone: [illegible]
Form of Payment: Credit Card

Janesville
Linde Gas LLC
[illegible] Street
JANESVILLE [illegible]
Phone Number: 608-7[illegible]

Page [illegible]

Repeat Printout

Ship to: [illegible]
RETAIL CASH - JANESVILLE
[illegible] S FRANKLIN ST
JANESVILLE WI [illegible]
608-7[illegible]

Sold to: 212591
RETAIL CASH - JANESVILLE
[illegible] S FRANKLIN ST
JANESVILLE WI [illegible]
608-754-5572

For Material Safety Data Sheets Visit www.us.lindegas.com/msds or Call 1-[illegible] Ext. [illegible]

| Material | Description | Ship Qty | Return Qty | Price |
|---|---|---|---|---|
| [illegible] | [illegible] EXCALIBUR [illegible] | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] | | [illegible] |

WELDING ROD

Delivery deadline - unconfirmed

[illegible] subject to all the warranties and [illegible]

Card Type: [illegible]
Card Number: [illegible]
Expiration Date: [illegible]/2005
Authorized Amount: [illegible]
Transaction: [illegible] 2006 [illegible]

Customer Signature: ______________

GROUP EXHIBIT 1

D&BR 0148



JANESVILLE • MADISON

PO BOX 1037
520 NORTH PARKER DRIVE
JANESVILLE WI 53547-1037
800-362-0721 Fax 608-752-1273

**** INVOICE ****

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/07/06 | S1129123.001 |

| REMIT TO: | PAGE NO. |
|---|---|
| C B & K SUPPLY, INC.<br>PO BOX 1037<br>520 NORTH PARKER DRIVE<br>JANESVILLE WI 53547-1037 | 1 |

BILL TO:
WILLIAM A RANDOLPH INC
820 LAKESIDE DRIVE
SUITE 3
GURNEE, IL 60031-9165

SHIP TO:
WILLIAM A RANDOLPH INC
SAM'S CLUB/WALMART
OFF ROTAMER ROAD
JANESVILLE, WI 53545

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 7460 | JOB # 360 | | HOUSE |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| Sandy McCann | OT OUR-TRUCK | Net Due 30 Day | 08/07/06 | 08/07/06 |

| DESCRIPTION | ORDER QTY | SHIP QTY | Net Prc | Ext Prc |
|---|---|---|---|---|
| SQT3316<br>SQ TUBE 3" - 3/16" (24')<br>1pc x 5' | 12 | 12 | 4.719 | 56.63 |
| 3" CUTTING CHARGE | 1 | 1 | 3.905 | 3.91 |
| L4X4X14<br>ANGLE 4 X 4 X 1/4 6.60# PER FOOT<br>2 PCS X 15'11" | 32 | 32 | 3.654 | 116.93 |
| LABOR PER HOUR<br>7/16 HOLES DRILLED<br>ON CENTER<br>3/4" COUNTER SUNK | 3 | 3 | 41.648 | 124.94 |

3/c

DB+R

Roof compressors

RECEIVED
AUG 1 0 2006
RANDOLPH, INC.

| INV # / DESC | GROSS AMT | ACCTG DATE | COMMIT# |
|---|---|---|---|
| | | | |

| JOB# | EXTRA | CC - G/L | Gross AMT | Retention HELD / RLSD |
|---|---|---|---|---|
| 360 | | 18-020 | | |

Pmt. Auth. [illegible] NET AMT DUE $ 317.53

Signat

Printe

| | |
|---|---|
| Subtotal | 302.41 |
| S&H CHGS | 0.00 |
| Sales Tax | 15.12 |
| Amount Due | 317.53 |

Invc
All cl... ... shortage or errors must be made at once, Returns require written authorization and are subject to handling charges.
Special orders are non-returnable.
Past due invoices may be subject to 1.5% late charge

D&BR 0196

109 West Milwaukee Street
P.O. Box 8008
Janesville, WI 53547-8008

# Invoice ?

Phone # 608-752-0575
Fax # 608-752-0534

**Bill To**

Wm. A. Randolph, Inc.
Thomas Carrano
820 Lakeside Drive
Suite 3
Gurnee, IL 60031

| Date | 7/13/2006 |
|---|---|
| Project No. | 105-527 |

| P.O. No. | Terms |
|---|---|
| | Net 30 |

| Description of Services | Amount |
|---|---|
| Construction Staking for the Wal-Mart/Sam's Club project located in the City of Janesville, Rock County, Wisconsin. | 14,160.00 |
| COLUMNS WERE NOT SET PLUMB. | |

| INV # / DESC | GROSS AMT | ACCTG DATE | COMMIT# |
|---|---|---|---|
| | | | |

| JOB# | EXTRA | CC - G/L | Gross AMT | Retention HELD / RLSD |
|---|---|---|---|---|
| 360 | | 1-052 | 3162.50 | |
| | | 18-030 | 10997.50 | |
| Pmt. Auth. | | NET AMT DUE $ 14,160.00 | | |

B/C

SURVEY OF MISS INSTALLED COLUMNS

Please Remit Payments to:
P.O. Box 8008
Janesville, WI 53547-8008

THANK YOU FOR YOUR PROMPT PAYMENT !!

**Balance Due** $14,160.00

| Web Site |
|---|
| www.combssurvey.com |

B/C 10,997.50

D&BR 0166

[signature] WANI

**Maxim**
Technologies

555 South 72nd Avenue
Wausau, WI 54401
Telephone: (715) 845-4100
Fax: (715) 842-0381

# Visual Weld Inspection Report

Project: Walmart Store # 1305-01 Date: 6/20/2006 LC94583

Project No: 6340152

Location: Janesville Weather:

**Reported to: Walmart**

**Contractor: Randolph** **Subcontractor:**

**Remarks:**

The following report details findings from the inspection performed by Maxim on the above referenced project on Tuesday June 20, 2006

A review of findings from the inspection of the garden center was conducted with Ron from Randolph regarding bent anchors, torched members, and missing anchors. Also discussed was the replacement of the perimeter angle in the tire and lube center. I was informed that it is Randolph's intention to attach the correct angle to the angle that is currently in place and weld it to the same specification that is in detail 5/S8.1 but the toe of the angle will now be turned up instead of down as shown. This condition has already been verbally approved on other connections of the same design at the front of the building at the vestibules.

I was also informed that it is Randolph's intention to correct the eleven remaining columns that are still in need of repair on order to be in compliance with AISC specifications and EOR requirements for plumb tolerances.

Attached are photos of damaged anchor bolts that Maxim's inspector witnessed D & BR's erector pushing and hammering on columns to move them into position to attach steel that was being erected.

Inspector:

Ron J. Shampo CWI

| Ecoeds: | | Lead Technician: | 2nd Technician: |
|---|---|---|---|
| Certified Welding Inspector | P1099 | 3 | |
| Per Diem | P1091 | One | |
| Mileage | P1092 | 8 | |
| Total daily site/travel time | | 3 | |

cc
Paul Michlig
Job trailer
Contractors trailer

D&BR 0182

*T & K HELGESEN, Inc.*
*3929-14 WEST*
*JANESVILLE, WISCONSIN 53545*

**METAL BUILDINGS / GENERAL CONSTRUCTION / STEEL ERECTION**
*608-752-4744* **CRANE SERVICE** *608-752-4998*

**INVOICE # 971**

ACCOUNT: *Wm. A. Randolph Inc.*
*820 Lakeside Drive Suite 3*
*Gurnee Il 60031*

REFERENCE: *WALMART JANESVILLE WI*

JOB # *342 B*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/15/06 | MISC IRON WORK | $ 4,577.50 |

TOTAL AMOUNT *$ 4,577.50*

PARTIAL PAYMENT
1,452.50
11-3-06

D&BR 0228

FROM :AWP JANESVILLE FAX NO. :6087589963 Jun. 05 2006 03:02PM P1

**Jim Morke Cell: 608/575-5653**

**AWP AERIAL WORK PLATFORMS, INC.**

Main Office: N24 W22935 JOSEPH ROAD • WAUKESHA, WI • 53186
262/544-4228 FAX: 262/544-1216
Janesville: 608/758-9962 Madison: 800/236-1000 Fox Valley: 920/749-9500

Date/Time: 06/05/06 14:35:59 C U S T O M E R L E D G E R C A R D

Key: 4396
DL#: 903-896-7850

D&BR BUILDING SYSTEMS
8600 STATE HIGHWAY 19
EDGEWOOD, TX 75117

| Date | Invoice# | Loc | Description | Type | Amount | Paid |
|---|---|---|---|---|---|---|
| 03/31/06 | 26029 | 300 | PO# VERBAL JOHN | CC | 203.44 | 203.44 ✓ |
| 03/31/06 | 26151 | 300 | PO# VERBAL JOHN | CC | 360.94 | 360.94 ✓ |
| 04/04/06 | 26219 | 300 | PO# VERBAL JOHN | CC | 199.82 220.82 | 220.82 |
| 04/04/06 | 26340 | 300 | PO# VERBAL JOHN | CC | 199.82 | 199.82 ✓ |
| 04/06/06 | 26337 | 300 | PO# VERBAL JOHN | CC | 323.75 | 323.75 ✓ |
| 04/12/06 | 26443 | 300 | PO# VERBAL JOHN | CC | 182.44 | 182.44 ✓ |
| 04/12/06 | 26444 | 300 | PO# VERBAL JOHN | CC | 182.44 | |
| 04/13/06 | 26519 | 300 | PO# VERBAL JOHN | CC | 339.94 | |
| 04/18/06 | 26707 | 300 | PO# VERBAL JOHN | CC | 182.44 | 182.44 |
| 04/18/06 | 26708 | 300 | PO# VERBAL JOHN | CC | 182.44 | 182.44 |
| 04/21/06 | 26751 | 300 | PO# VERBAL JOHN | CC | 339.94 | |
| 04/27/06 | 26884 | 300 | PO# VERBAL JOHN | CC | 182.44 | 161.44 |
| 04/27/06 | 26885 | 300 | PO# VERBAL JOHN | CC | 182.44 | 182.44 |
| 04/27/06 | 26968 | 300 | PO# VERBAL JOHN | CC | 339.94 | |
| 05/11/06 | 27122 | 300 | PO# VERBAL JOHN | CC | 182.44 | |
| 05/11/06 | 27123 | 300 | PO# VERBAL JOHN | CC | 182.44 | |
| 05/11/06 | 27153 | 300 | PO# VERBAL JOHN | CC | 339.94 | |
| 05/11/06 | 27542 | 300 | PO# VERBAL JOHN | CC | 0.00 | |
| 05/12/06 | 27544 | 300 | PO# VERBAL JOHN | CC | 339.94 | |
| 05/12/06 | 27545 | 300 | PO# VERBAL JOHN | CC | 182.44 | |
| 05/12/06 | 27546 | 300 | PO# VERBAL JOHN | CC | 182.44 | |
| 05/31/06 | 27581 | 300 | PO# VERBAL JOHN | CC | 59.06 | |
| 05/31/06 | 27582 | 300 | PO# VERBAL JOHN | CC | -109.46 | |
| | | | TOTAL | | 4,782.47 | 2,199.97 ==> BAL: |

D&BR 0408

# BROWN OIL CO. INC.

505 S. PEARL ST., P.O. BOX 8218
JANESVILLE, WI 53547-8218
*Phone: 608-752-7696*

Account #
Salesman
Date Counted

☐ Auto ☐ Will call

## CHARGE ACCOUNT APPLICATION

Please print & fill in application

☐ Budget Amount $ ☐ Charge Acct. ☐ CBD

(ABOUT YOU)

| | | | | | | |
|---|---|---|---|---|---|---|
| YOUR NAME | FIRST D&BR Building MIDDLE | LAST Systems | Sr ☐ Jr ☐ | DATE OF BIRTH | MO DAY YR | |
| HOME ADDRESS | STREET NO. See attached TOWN | STATE | ZIP | YRS. THERE | OWN ☐ RENT ☐ | |
| YOUR HOME PHONE # | SPOUSES NAME | YOUR SOCIAL SECURITY NO. | | | | |
| YOUR PREVIOUS ADDRESS | STREET NO. TOWN | STATE | ZIP | YRS. THERE | | |
| NAME OF CLOSE RELATIVE | NAME | ADDRESS | HOME PHONE | | | |

(ABOUT YOUR WORK)

| | | | | |
|---|---|---|---|---|
| YOUR EMPLOYER | NAME OF CO. ADDRESS CITY | STATE | ZIP | POSITION |
| YOUR BUSINESS PHONE # | (AREA CODE) YRS. THERE WEEKLY SALARY | OTHER INCOME | SOURCE | |
| IF YOU RENT | LANDLORD NAME ADDRESS | | PHONE # | |
| PREVIOUS SUPPLIER | NAME ADDRESS CITY | STATE | WHY CHANGE? | |

YOUR OTHER CHARGE ACCOUNTS & BANK ACCOUNTS

| | | |
|---|---|---|
| MASTERCARD ☐ VISA ☐ | ACCT. NO. | EXACT NAME OF ACCOUNT |
| CHARGE ACCT. See attached | ACCT. NO. | EXACT NAME OF ACCOUNT |
| SAVINGS ACCT. | ACCT. NO. | ADDRESS OF BANK |
| CHECKING ACCT. | ACCT. NO. | ADDRESS OF BANK |
| MORTGAGE BANK | MISC. LOANS | |

*OTHER INFORMATION YOU MAY WANT US TO CONSIDER

| | | | |
|---|---|---|---|
| SPOUSE'S NAME | FIRST See LAST attached | SPOUSE'S SOCIAL SECURITY NO. | |
| SPOUSE'S EMPLOYER | NAME | SPOUSE'S WEEKLY SALARY | ☐ FULL TIME ☐ PART TIME |
| | ADDRESS CITY | STATE | ZIP |
| SPOUSE'S POSITION | YRS. THERE | SPOUSE'S BUSINESS PHONE | (AREA CODE) |

*Complete only if your spouse will use this account or sign the agreement or if you wish the income and/or credit worthiness of your spouse considered.

BUYER(S) HEREBY ACKNOWLEDGES RECEIPT OF A TRUE COPY OF THE CREDIT AGREEMENT AND BILLING ERRORS INFORMATION PRINTED ON REVERSE SIDE.

NOTICE: I hereby authorize you or any credit reporting agency employed by you to investigate the references herein listed or any of the other information stated above to determine my qualifications for a credit account.

BUYER'S SIGNATURE [signature] DATE 7-23-06

BUYER'S SIGNATURE ______ DATE ______

FORM 20-B ATLANTIC LOOSE LEAF CO. CHERRY HILL NJ TOLL FREE 1-800-830-5030

D&BR 0435