IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William A. Randolph, Inc. an Illinois corporation ) | |
| Plaintiff, ) | |
| ) | Case No. 08CV2257 |
| vs. ) | |
| ) | Honorable Joan B. Gottschall |
| D & BR Building Systems, Inc., a Texas corporation ) | |
| Defendant ) | |

NOTICE OF MOTION

TO: Michael Graham
Marc S. Porter
Jeff D. Harris
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, Illinois 60603

 PLEASE TAKE NOTICE that on August 14, 2008, at 9:30 a..m., or as soon thereafter as counsel can be heard, counsel for D & BR Building Systems, Inc. shall appear before the Honorable Joan B. Gottschall in courtroom 2325, at the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present for hearing: Defendant's Motions to Transfer from the Northern District of Illinois.

 /S/ MARK D. MANETTI
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
Ronze J. Pavone ARDC #6220413
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

Certificate Of Service

 I, Mark D. Manetti, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on August 5, 2008.

 /S/MARK D. MANETTI
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
Ronze J. Pavone ARDC #6220413
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300