IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William A. Randolph, Inc. an Illinois corporation ) | |
| Plaintiff, ) | |
| ) | Case No. 08CV2257 |
| vs. ) | |
| ) | Honorable Joan B. Gottschall |
| D & BR Building Systems, Inc., a Texas corporation ) | |
| Defendant ) | |

### NOTICE OF FILING

TO:  Michael Graham
     Marc S. Porter
     Jeff D. Harris
     Figliulo & Silverman, P.C.
     10 South LaSalle Street
     Suite 3600
     Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on August 4, 2008, I filed with the Clerk of this Court: D & BR Building Systems, Inc.'s Motions to Transfer from the Northern District of Illinois and Memorandum in Support, copies of which are attached.

    /S/ MARK D. MANETTI
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
Ronze J. Pavone ARDC #6220413
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300

Certificate Of Service

    I, Mark D. Manetti, certify that service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on August 5, 2008.

    /S/MARK D. MANETTI
Mark D. Manetti ARDC #1748459
Gary W. Griffith ARDC #01060082
Ronze J. Pavone ARDC #6220413
MANETTI & GRIFFITH, LTD.
2311 West 22nd Street, Suite 217
Oak Brook, Illinois 60523
(630) 573-5300