**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William A. Randolph, Inc.
                                  Plaintiff,

v.                                                           Case No.: 1:08−cv−02257
                                                              Honorable Joan B. Gottschall

D & BR Building Systems, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Briefing schedule as to MOTION by Defendant D & BR Building Systems, Inc. to transfer case [19] is as follows :( Responses due by 9/4/2008, Replies due by 9/15/2008.) Ruling by mail. Status hearing set for 9/10/2008 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.