## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| William A. Randolph, Inc., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 2257 |
| D & BR Building Systems, Inc., a Texas corporation, | ) ) ) | Judge Gottschall |
| Defendant. | ) ) | |

### MOTION FOR ENTRY OF JUDGMENT

Plaintiff, William A. Randolph, Inc. ("Plaintiff" or "Randolph"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 58, submits its Motion for Entry of Judgment and states as follows:

1. Plaintiff filed this action against Defendant D & BR Building Systems, Inc. ("Defendant" or "D&BR"), on or about April 21, 2008.

2. Randolph's Complaint sought damages from D&BR in excess of $127,000.00 relating to D&BR's work under two subcontracts for the construction of the structural steel portions of a Wal-Mart Supercenter and Wal-Mart Sam's Club.

3. Randolph and D&BR entered into a Settlement and Release Agreement (the "Settlement Agreement") on or about October 10, 2008, and filed a Stipulation to Dismiss this action on October 10, 2008. The Settlement Agreement is attached hereto as Exhibit A.

4. The Court entered an Order of Dismissal on October 15, 2008. The Order of Dismissal, which is attached hereto as Exhibit B, provides that the Court retains jurisdiction to enforce the Settlement Agreement. (*See* Ex. B).

5. Under the Settlement Agreement, D&BR agreed to pay Randolph the amount of $56,000.00 in fourteen (14) monthly payments of $4,000.00 each, beginning October 20, 2008. (*See* Ex. A, § 2). D&BR had thirty (30) days to cure any monetary default under the Settlement Agreement. (*Id*., § 3).

6. The Settlement Agreement further provides for the entry of a judgment against D&BR if it fails to make any of the scheduled payments to Randolph. Specifically, the Settlement Agreement provides:

> If D&BR shall fail to make any of the monthly payments on the Payment Due Date, and fails to cure any such Monetary Default within the thirty (30) day cure period provided above, or fails to cure a Non-Monetary Default within the fifteen (15) day cure period provided above, Randolph may enter a judgment with notice in its favor and against D&BR in the United States District Court for the Northern District of Illinois in the amount of $127,689.38, less a credit for any settlement payments received by Randolph.

(Ex. A, § 4).

7. D&BR has stopped making payments due under the Settlement Agreement. D&BR made its last payment to Randolph on or about April 24, 2009, for the payment due in March 2009. D&BR has not cured its monetary default, and has therefore breached the Settlement Agreement.

8. Counsel for Randolph sent D&BR a demand letter on September 16, 2009, attached hereto as Exhibit C, seeking payment of the outstanding balance owed under the Settlement Agreement by October 1. (*See* Ex. C). Neither Randolph nor its counsel received a response to this letter.

9. In total, D&BR paid Randolph only $24,000.00 in settlement payments. The Affidavit of Eric Handley, Vice-President of Randolph, detailing the payments Randolph received from D&BR is attached hereto as Exhibit D.

10. Under the terms of the Settlement Agreement, Randolph is entitled to the entry of a judgment in its favor in the amount of $127,689.38 minus the $24,000.00 in settlement payments D&BR has made, for a total judgment amount of $103,689.38.

11. Randolph's counsel has provided D&BR with notice of this Motion by regular and certified U.S. Mail.

WHEREFORE, for the reasons stated herein, Plaintiff William A. Randolph, Inc., respectfully requests that this Court enter a judgment in its favor and against Defendant D & BR Building Systems, Inc., in the amount of $103,689.38, and grant such further relief as may be just and appropriate.

Dated: December 2, 2009

                                        Respectfully submitted,

                                        **WILLIAM A. RANDOLPH, INC.**, an Illinois corporation

                                        By: /s/ Marc. S. Porter
                                              One of Its Attorneys

Marc S. Porter #3125509
Jeff D. Harris #3121786
Michael T. Graham #6280124
Figliulo & Silverman, P.C.
10 S. LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

# CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a copy of the attached:

**NOTICE OF MOTION**
**and**
**MOTION FOR ENTRY OF JUDGMENT**

to be served upon counsel listed below via the United States District Court's Electronic Notification System on December 2, 2009 and via U.S. Mail where indicated below by depositing same in the U.S. Mail at 10 S. LaSalle Street, Chicago, Illinois before 5:00 p.m., proper postage prepaid.

/s/ Marc S. Porter

Counsel:

**Via Electronic Notification:**

- **Gary William Griffith**
  ggriffith@manetti-griffith.com
- **Jeff Douglas Harris**
  jharris@fslegal.com
- **Mark D. Manetti**
  mmanetti@manetti-griffith.com
- **Michael T. Graham**
  mgraham@fslegal.com

**Via U.S. Mail – Regular and Certified Mail (Return Receipt Requested)**

Patricia L. Ricketts
D&BR Building Systems, Inc.
P.O. Box 620
8600 State Hwy. 19
Edgewood, TX 75117